**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

MARCUS J. HENSLEY,                          *
                                            *
                  Plaintiff,                *
v.                                          *
                                            *        No. 4:12CV00352-JJV
CAROLYN W. COLVIN, Acting                   *
Commissioner, Social Security              *
Administration,                             *
                                            *
                  Defendant.

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged

that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with

prejudice.

IT IS SO ORDERED this 23rd day of August, 2013.

_____
JOE J.  VOLPE
UNITED STATES MAGISTRATE JUDGE